THE FARISH COMPANY, Respondent, v. H. B. FERGUSON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, and original order for examination modified by striking out the word " quality " in the 2d paragraph thereof. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANCES ALDA CASAZZA, Respondent, v. WILLIAM C. VAN ANTWERP and Others, Copartners, Comprising the Firm of VAN ANTWERP, BISHOP & FISH, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CROWN EMBROIDERY WORKS, Respondent, v. HARRY GORDON and Another, Copartners, Doing Business as SUFFOLK KNITTING COMPANY, Appellants.—. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. W. McLAUGHLIN & Co., Respondent, v. STANDARD CONCRETE-STEEL COMPANY, Appellant.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES LANDAU, Respondent, v. HODUPP-EVANS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY GABA, an Infant, v. GENERAL BAKING Co., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALICE CHATFIELD and Others v. JOSEPH BUEHLER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM SAMUELS v. RACHEL MEYER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EAGLE MANUFACTURING Co. v. ARKELL & DOUGLAS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROZELLE GALLAND v. SHUBERT THEATRICAL COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB RICHMAN and Others v. PITT & SCOTT, LTD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM H. GRACE v. SAMUEL PASKIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.